1
2
3
4                      **UNITED STATES DISTRICT COURT**
5                            **DISTRICT OF NEVADA**
6

7    TRUSTEES OF THE CONSTRUCTION          )
     INDUSTRY & LABORERS HEALTH            )
8    & WELFARE TRUST, et al.,              )
                                           )
9              Plaintiff,                  )    Case No. 2:12-cv-00810-KJD-NJK
                                           )
10   vs.                                   )    ORDER GRANTING MOTION
                                           )    TO WITHDRAW AS COUNSEL
11   WILLIAMS BROTHER, INC., et al.,       )    (Docket No. 16)
                                           )
12             Defendants.                 )
                                           )
13

14       On February 22, 2013, the Court issued a minute order scheduling a hearing on Pengilly

15   Robbins Slater's motion to withdraw as Defendants' counsel.  Docket Nos. 16, 17.  The Court held

16   the hearing as scheduled, but neither Defendant appeared as ordered.  For the reasons stated at the

17   hearing and for good cause shown, the Court **GRANTS** that motion to withdraw.[1]  Not later than

18   March 1, 2013, Defendants' withdrawing counsel of record, Robert Robbins, is **ORDERED** to serve

19   this order on Defendants Michael Peek and Williams Brother, Inc. And to file a proof of service.

20       Defendant Michael Peek is hereby **ORDERED** to file, no later than March 26, 2013, a

21   certification that he will be proceeding in this case *pro se* or an appearance of newly retained

22   counsel.  If no such certification or appearance is made, the Court will recommend that default

23   judgment be entered against Defendant Michael Peek.  The Court hereby **CONTINUES** the

24   deadline for Mr. Peek to oppose the motion for summary judgment until 14 days after such

25   certification or appearance is made.

26

27
         [1] Certain aspects of this Order conflict with rulings made orally at the February 26, 2013
28   hearing.  This Order supersedes any rulings made at the hearing that conflict with this Order.

1   In light of the Court granting the motion to withdraw as counsel, Defendant Williams

2   Brother, Inc. is not currently represented by counsel.  Corporations may appear in federal court only

3   through licensed counsel.  *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th

4   Cir. 1993).  As such, Williams Brother, Inc. is hereby **ORDERED** to retain counsel and have

5   counsel enter a notice of appearance in this case no later than March 26, 2013.  If no such notice is

6   made, the Court will recommend that default judgment be entered against Williams Brother, Inc.

7   The Court hereby **CONTINUES** the deadline for Williams Brother, Inc. to oppose the motion for

8   summary judgment until 14 days after such appearance is made.

9   IT IS FURTHER ORDERED that the Clerk of the Court shall:

10   1.   Add the last known address of Defendants Williams Brother, Inc. and Michael Peek

11   to the civil docket:

12   6440 Sky Point Drive Suite 140-385
     Las Vegas Nevada 89131
13   (702) 219-1413

14   2606 East La Madre Way
     North Las Vegas, Nevada 89081
15   (702) 219-1413

16   2.   Serve Defendants with a copy of this order at their last known addresses listed above.

17

18   IT IS SO ORDERED.

19   DATED:   February 26, 2013.

20

21   _____

22   NANCY J. KOPPE
     United States Magistrate Judge

23

24

25

26

27

28