# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY & LABORERS HEALTH & WELFARE TRUST, et al., ) ) ) ) |  |
| Plaintiff, ) ) | Case No. 2:12-cv-00810-KJD-NJK |
| vs. ) ) | ORDER TO SHOW CAUSE WHY DEFENDANT MICHAEL PEEK SHOULD NOT BE SANCTIONED |
| WILLIAMS BROTHER, INC., et al., ) ) |  |
| Defendants. ) |  |

For the reasons stated below, the Court hereby ORDERS Defendant Michael Peek to show cause in writing, no later than March 11, 2013, why the Court should not issue sanctions against him for failure to comply with a Court order up to and including entry of default judgment, pursuant to Local Rule IA 4-1, Fed. R. Civ. P. 16(f), and/or the Court's inherent authority.  No later than March 1, 2013, Defendants' withdrawing attorney of record, Robert Robbins, is ORDERED to serve this order to show cause on Defendant Michael Peek and to file a proof of service.

On February 22, 2013, the Court issued a minute order scheduling a hearing on Mr. Robbins' motion to withdraw as counsel.  Docket No. 16.  That minute order stated in relevant part that: "***Defendants are required to attend in person***."  *Id.* (emphasis in original).  On February 26, 2013, the Court called this matter for the hearing on the pending motion to withdraw as scheduled.  Defendant Michael Peek failed to appear as ordered.

//

//

//

//

1    For the reasons stated above, the Court hereby ORDERS Defendant Michael Peek show

2  cause in writing, no later than March 11, 2013, why the Court should not issue sanctions against

3  them for failure to comply with a Court order up to and including entry of default judgment,

4  pursuant to Local Rule IA 4-1, Fed. R. Civ. P. 16(f), and/or the Court's inherent authority.

5    IT IS SO ORDERED.

6    DATED:   February 26, 2013.

7

8  _____

9  NANCY J. KOPPE
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28