**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY & LABORERS HEALTH & WELFARE TRUST, et al.,<br><br>                Plaintiff(s),<br><br>vs.<br><br>WILLIAMS BROTHER, INC., et al.,<br><br>                Defendant(s). | Case No. 2:12-cv-00810-KJD-NJK<br><br>ORDER TO APPEAR |

On February 25, 2013, the Court ordered Defendant Michael Peek to show cause why he should not be sanctioned. Docket No. 20. The Court has now received a response. Docket No. 24. The Court hereby orders Michael Peek, Robert Robbins, and John Muije to appear for a hearing on April 4, 2013 at 10:00 a.m. in Courtroom 3B, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. Both Robert Robbins and John Muije are further ORDERED to serve on Michael Peek this Order to Appear and to file a proof of service thereof, no later than March 19, 2013.

The Clerk of Court is instructed to mail this order to Robert Robbins and John Muije at the below addresses.

IT IS SO ORDERED.

DATED: March 12, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

cc: John Muije                                  Robert Robbins
      Muije & Varricchio                     Pengilly Robbins Slater Law Firm
      1320 South Casino Center Blvd     1755 Village Center Circle
      Las Vegas, NV 89104                   Las Vegas, NV 89134